IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LAUREN A. SUGGS**                                                                                    **PLAINTIFF**

**V.**                          **CASE NO. 5:20-CV-5121**

**ANDREW M. SAUL, Commissioner**
**Security Administration**                                                              **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 22) filed in this case on May 13, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends reversing the decision of the ALJ and remanding this case to the Commissioner for further consideration. Though the time to object has not yet passed, the Court notes that the Magistrate Judge's recommendation proceeds from Defendant's Unopposed Motion to Reverse and Remand (Doc. 20). As all parties agree the case should be remanded, the Court will grant that relief.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 22) is **ADOPTED IN ITS ENTIRETY.** Defendant's Unopposed Motion to Reverse and Remand (Doc. 20) is **GRANTED**. The decision of the ALJ is **REVERSED**, and the matter is **REMANDED** for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 13th day of May, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE