IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LAUREN SUGGS**                                                               **PLAINTIFF**

V.                                **CASE NO. 5:20-CV-5121**

**KILOLO KIJAKAZI, Commissioner**
**Social Security Administration**                                  **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 28) of United States Magistrate Judge Christy Comstock dated August 13, 2021, regarding the Motion for Attorney's Fees (Doc. 25) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 25) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for 4.1 hours of legal work during 2020 at an hourly rate of $203 and 24.6 hours during 2021 at the rate of $206 per hour. The total award is therefore **$5,899.90**. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 30th day of August, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE